IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br><br>        Defendant. | Case No. 1:05-cv-00019-RRB<br><br><br>ORDER |

On December 28, 2005, Jennifer A. Mason, representing herself, filed an employment discrimination complaint under Title VII of the Civil Rights Act.[1] Ms. Mason has paid the filing fee in this case, and summonses have been issued.

Under the Federal Rules, "[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice as to that

---

[1] See Docket No. 1.

T:\Orders 06\Employ\mason initial order.wpd

defendant or direct that service be effected within a specified time."[2] Ms. Mason is, therefore, put on notice that she has until April 27, 2006, to effect service.

IT IS HEREBY ORDERED:

1. Under the Federal Rules, Ms. Mason must complete initial service of the complaint and summons no later than **April 27, 2006**, and promptly file a return of service with the Court, showing proof of service. Otherwise, her complaint may be dismissed without further notice.[3]

2. Ms. Mason must follow the Federal Rules of Civil Procedure[4] and the Local Rules for the District of Alaska in serving defendant(s).[5]

3. After service of the initial summons and complaint, all future papers to be filed with the Court must be identified with the name of the Court, Case No. 1:05-cv-00019-RRB , the names of the plaintiff and the defendant, and the title of the document, as illustrated on the first page of this Order.

---

[2] FED. R. CIV. P. 4(m).

[3] FED. R. CIV. P. 4(b).

[4] *See, e.g.,* FED. R. CIV. P. 4(c). (service "by any person who is not a party and who is at least 18 years of age"); 4(d) (waiver of service by a defendant); and 4(h) (service on agent of corporation).

[5] When the United States, its agencies, corporations or officers, are defendants, the United States Attorney for the District of Alaska, and the Attorney General of the United States, must be served. The United States defendant then has 60 days in which to respond. See FED. R. CIV. P. 4( ).

4. After service of the initial complaint and summons, Ms. Mason shall serve a copy of all <u>future</u> pleadings or documents she sends to the Court upon the counsel for defendant. Ms. Mason shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed, faxed or hand-delivered to the defendant's counsel. A certificate of service may be written in the following form at the end of her document:

> I hereby certify that a copy of the above __(name of document)__ was served upon __(name of opposing counsel)__ by __(mail/fax/hand-delivery)__ at ____(address)____ on ___(date)___ .
>
> _____
> (Ms. Mason's Signature)

Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

5. Ms. Mason shall provide the Court with the original, plus one complete and legible copy, of every paper she submits for filing, as required by this Court's Local Rule 10.1(b).

6. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action. Ms. Mason should not write letters to the Court, but must file any

      requests for action by the Court during these proceedings in the form of a motion.

7.    The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Ms. Mason with this Order.

8.    At all times, Ms. Mason shall keep the Court informed of any change of address, by filing a notice titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

9.    The Clerk of Court is directed to send a copy of our *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Ms. Mason with this Order.

DATED this 20 day of January, 2006, at Anchorage, Alaska.

RALPH R. BEISTLINE
United States District Judge