SEP 2 2 2005

UNITED STATES POSTAL SERVICE
WESTERN AREA OFFICE
EQUAL EMPLOYMENT OPPORTUNITY CASE

IN THE MATTER OF:

| | |
|---|---|
| Jennifer A. Mason ) | Case Number: 4E-995-0054-03 |
| Complainant, ) | |
| v. ) | |
| John E. Potter ) | Docket Number: 380-2004-00176X |
| Postmaster General, ) | |
| United States Postal Service ) | |
| Respondent. ) | Date: September 20, 2005 |

## NOTICE OF FINAL ACTION

This will be the Postal Service's Notice of Final Action, in accordance with Title 29, Code of Federal Regulations, Part 1614.110(a), on complainant's complaint of discrimination captioned above. Complainant alleged discrimination based on sex (female) when on June 6, 2003, she was terminated from the Postal Service during probation.

A complaint was filed and processed through the investigative stage. The complainant requested a hearing before an Administrative Judge. The case was assigned to Administrative Judge Molly P. Kucuk. Judge Kucuk determined that there were no issues which demonstrated that a genuine dispute of material fact or genuine credibility issue existed and that the issuance of a decision without holding a hearing was appropriate. Judge Kucuk issued her decision on September 7, 2005, and the agency received a copy of the decision on September 9, 2005. Judge Kucuk found that the complainant had failed to establish a *prima facie* case of discrimination based sex. Judge Kucuk further found that the agency had articulated legitimate and non-discriminatory reasons for its action and the complainant had failed to show that these reasons were pretext. Accordingly, Judge Kucuk found that the complainant had not proven by preponderant evidence that the agency discriminated against her in the manner alleged.

I have reviewed the entire record, including the investigative file and the decision issued September 7, 2005, and I have decided to implement the decision of the Administrative Judge.

You have the right to appeal the Postal Service's final action to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, PO Box 19848, Washington, DC 20036-9848 within thirty (30) calendar days of the date of your receipt of the Postal Service's final action. You must submit any statement or brief in support of that appeal within thirty (30) days of the date of the appeal. You must use PS Form 3573, a copy of which is enclosed, in connection with your appeal. You may also deliver your appeal in person or by facsimile provided that briefs filed by facsimile are ten or fewer pages in length. You must provide the Postal Service with a copy of your appeal and any supporting statement or brief to:

> **Manager**
> **EEO Compliance & Appeals**
> **Western Area**
> **P. O. Box 300**
> **Denver CO   80201-0300**

You have the right to file a civil action in an appropriate U. S. District Court within ninety (90) calendar days of the date of your receipt of the Postal Service's final action, within ninety (90) calendar days of the EEOC's final decision on any appeal, or after 180 days from the date of filing of an appeal with the EEOC if no final decision has been rendered. Should you choose to file a civil action, your filing should be styled (**Jennifer A. Mason v. John E. Potter, Postmaster General**). If you do not have or cannot afford an attorney, you may request that the court appoint an attorney to represent you and that the court permit you to file the civil action without the payment of fees, costs, or other security. Whether these requests are granted or denied is within the sole discretion of the District Court Judge. These requests must also be filed within the same ninety-day time period for filing the civil action.

9-20-05
Date

(for) Patricia D. McGinty, Mgr. Human Resources
Western Area Office

Enclosures: PS Form 3573
            Certificate of Service

EXHIBIT A
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that this notice of final action was mailed by Certified Mail to:

Jennifer A. Mason  
P. O. Box 33826  
Juneau AK   99803-3826

Certified No:  7003 2260 0001 7803 0830

I further certify that copies of the foregoing document were mailed by First Class Mail to:

Jennifer A. Mason  
P. O. Box 33826  
Juneau AK   99803-3826

Eric Ocasio  
P. O. Box 33826  
Juneau AK   99803-3826

Samuel J. Schmidt, Esq.  
USPS Law Department  
9350 South 150 East, Suite 800  
Sandy UT   84070-2716

Linda Watson, EEO ADR Specialist  
Alaska District  
3201 C Street, Suite 506  
Anchorage AK   99503-9411

Molly P. Kucuk  
Administrative Judge – EEOC  
Seattle District Office  
909 First Avenue, Suite 400  
Seattle WA   98104-1061

_9-20-05_  
Date

EEO Compliance & Appeals Specialist

80201-0300: Inglis

EXHIBIT A  
Page 3 of 3