
**UNITED STATES POSTAL SERVICE**

Date: 04/14/2006

JENNIFER MASON:

The following is in response to your 04/14/2006 request for delivery information on your Certified item number 7003 2260 0001 7803 0830. The delivery record shows that this item was delivered on 09/27/2005 at 09:51 AM in JUNEAU, AK 99803. The scanned image of the recipient information is provided below.

Delivery Section

Signature of Recipient:  *[signature]*

                         E Ocasio

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

| EXHIBIT B |
| --- |
| Page 1 of 2 |



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0001 7803 0830**
Status: **Delivered**

Your item was delivered at 9:51 am on September 27, 2005 in JUNEAU, AK 99803. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

(Restore Offline Details >)  (?)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

EXHIBIT B
Page 2 of 2

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    4/14/2006