**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle District Office

| | |
|---|---|
| **JENNIFER A. MASON,** ) | |
| ) | |
| Complainant, ) | EEOC No. 380-2004-00176X |
| ) | Agency No. 4E-995-0054-03 |
| v. ) | |
| ) | |
| **JOHN E. POTTER, PMG (USPS)** ) | NOTICE OF APPEARANCE AND |
| ) | DESIGNATION OF AGENCY |
| Respondent. ) | REPRESENTATIVE |

Please take notice that the Respondent, John E. Potter, Postmaster General, shall be represented in this matter by:

    Samuel J. Schmidt
    Deputy Managing Counsel
    Law Department – Western Area
    9350 South 150 East, Suite 800
    Sandy, UT 84070-2716
    (801) 984-8400

DATE: July 16, 2004        UNITED STATES POSTAL SERVICE

                                        Samuel J. Schmidt
                                        Deputy Managing Counsel

EXHIBIT C
Page 1 of 2

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the forgoing Notice of Appearance was sent to the following:

       COMPLAINANT

       Jennifer A. Mason
       P.O. Box 33826
       Juneau, AK  99803

       COMPLAINANT'S REPRESENTATIVE

       Eric Ocasio
       P.O. Box 33826
       Juneau, AK  99803

on this _____ day of July, 2004.

                                                _____

SJS:LABOR\Mason\Notice of Appearance

EXHIBIT C
Page 2 of 2