AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Alaska

Jennifer A. Mason, plaintiff,
v.
John E. Potter, Postmaster General,

defendant

**RECEIVED**
MAY 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: J 05 - 00 19 CV

TO: (Name and address of Defendant)

Alberto Gonzales
U.S. Attorney General
Main Justice Bldg.
10th & Constitution Avenues NW Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jennifer A. Mason
P.O. Box 33826
Juneau, Alaska 99803

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

(By) DEPUTY CLERK

DATE: DEC 2 8 2005

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 3/31/2006 |
| NAME OF SERVER (PRINT) Eric Ocasio | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

■ Other (specify): Served by certified mail return receipt requested

---

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/2006
           Date        Signature of Server

P.O. Box 33826 Juneau, AK 99803
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L. Poule_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  APR 1 2006  C. Date of Delivery |
| 1. Article Addressed to:<br>Alberto Gonzales<br>U.S. Attorney General<br>Main Justice Building<br>10th & Constitution Avenues NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0002 5573 6846 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-