United States District Court
for the District of Alaska
REPRESENTING YOURSELF IN ALASKA'S FEDERAL COURT
(The Pro Se Handbook)
Office of the Clerk of Court
February 2006

RECEIVED
JUN 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

for <u>assistance</u> in managing it. The court does not need the consent of the parties to make this referral.

Magistrate judges may perform a full range of duties, including holding jury and non-jury trials. You are encouraged to consent to trial before a magistrate judge. Cases before magistrate judges can be calendared earlier than before district court judges. The parties will need to complete a Consent to Exercise of Jurisdiction by a United States Magistrate Judge form. Only if all parties agree, however, can a case be tried before a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge assigned the case. If the parties want the case to be tried before a magistrate judge, the form must be completed by all the parties and filed with the Clerk's Office.

## B. Motions

If you want the Court to do something related to your case, you must file a motion. DO NOT write a letter or send a motion directly to the judge. Motions should be filed only when necessary. Multiple or frivolous motions can result in sanctions by the Court. You may not file a motion unless you are a party to an action before this Court.

The caption of a motion looks much like a complaint, except that you do not need to list all the defendants. You may list the first named defendant, and "*et al.*" on a motion. You may obtain a motion form from the Clerk's Office. Be specific and concise about what you want so that the Court knows immediately what you are asking for. Also, briefly state any law relevant to your request, if you have that information. Attach any documents that support your motion. Use only relevant portions of lengthy documents, so that the judge reads only what is necessary to make a decision. You must also provide proof that the documents are what you claim they are. The party submitting the documents must declare under penalty of perjury that the documents are true and correct copies, and must say where the party got the documents.

15

EXHIBIT A

I declare under penalty of perjury that this document is a true and correct copy.

Jennifer A. Mason
6/14/2006