DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S REPLY TO** |
| | ) **PLAINTIFF'S OPPOSITION TO** |
| | ) **ITS MOTION TO DISMISS** |
| JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

    Ms. Mason argues that the government is bullying her by filing a frivolous motion to take advantage of her inexperience in the court.  She is mistaken.  First the time limits are jurisdictional and the government cannot waive or ignore jurisdiction.  Second, the Postal Service's Notice of Final Action letter, at Ex. A to

the motion, notified her of the ninety day limit for filing a complaint. The Postal Service informed her of the proper court, the proper defendant and the time limit. The Postal Service was not taking advantage of her "inexperience;" rather, it was showing her the way.

The government asks that the case be dismissed because it was untimely filed.

RESPECTFULLY SUBMITTED June 26, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2006,
a copy of the foregoing DEFENDANT'S
REPLY TO PLAINTIFF'S OPPOSITION
TO ITS MOTION TO DISMISS was served
by U S Mail on:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

Mason v. Potter
Case No. 1:05-cv-00019-RRB                -2-