IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JENNIFER A. MASON,

       Plaintiff,

vs.

JOHN E. POTTER, POSTMASTER
GENERAL FOR THE UNITED STATES
POSTAL SERVICE,

       Defendant.

Case No. 1-05-cv-0019-RRB

**ORDER RE MOTION TO DISMISS**

     Before the Court is Defendant John E. Potter, Postmaster General for the Untied States Postal Service, with a Motion to Dismiss (Docket No. 4). Defendant argues the matter should be dismissed because it was untimely filed. Pro se Plaintiff Jennifer A. Mason opposes at Docket No. 8 and argues that Defendant is trying to bully her by filing a frivolous motion using a mere technicality of one day's time as its argument in an attempt to take advantage of her inexperience in the court. Clerk's Docket No. 8 at 1. The Court disagrees.

     Plaintiff's Opposition (Docket No. 8) in response to Defendant's Motion to Dismiss (Docket No. 4) is wholly

inappropriate.    Rather  than  provide  the  Court  with  a  logical
explanation as to why her complaint was untimely filed, Plaintiff
lashes  out  against  the  Defendant  and  indicates  that  sanctions  may
be  appropriate,  despite  the  fact  that  Defendant's  Motion  to  Dismiss
(Docket  No.  4),  is  well  grounded  in  applicable  statutory  language.
<u>See</u>  42 U.S.C.  §  2000e-16(c).

Notwithstanding,  because  of  Plaintiff's  status  as  a  pro
se  litigant,  the  Court  is  inclined  to  give  some  leeway.    <u>See</u>  <u>Haines</u>
<u>v. Kerner</u>,  404  U.S.  519,  520  (1972).    As  a  result,  Plaintiff  shall
have  until  the  close  of  business  on  **Wednesday,  July  19,  2006**,  in
which  to  provide  the  Court  with  an  explanation  as  to  why  her
complaint  was  untimely  filed  in  this  Court.

ENTERED  this  5th  day  of  July,  2006.

/s/ RALPH R. BEISTLINE
RALPH R. BEISTLINE