IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-0019-RRB |
| vs. ) | |
| ) | |
| JOHN E. POTTER, POSTMASTER ) | |
| GENERAL FOR THE UNITED STATES ) | |
| POSTAL SERVICE, ) | **PLAINTIFF'S EXPLANATION** |
| ) | **FOR UNTIMELY FILING** |
| Defendant. ) | |

Plaintiff respectfully submits to the Court this explanation as to why the complaint was untimely filed. On December 27th, 2005, Plaintiff went to the Office of the Clerk of Court of the United States District Court for the District of Alaska in the Federal Building in Juneau, Alaska to file her complaint with the Clerk. The complaint was complete and ready to file but the Clerk suggested that the Plaintiff fill out the form to file for a waiver of the filing fee. Plaintiff began to fill out the form aforementioned but did not have the income information needed to complete the form. The Court Clerk suggested that the Plaintiff take the form to her home and fill it out and return the following day to file the claim after obtaining the information necessary to complete the form. The Plaintiff told the Clerk of Court that she thought that it was important that she file her claim that very day. The Clerk then stated that one day would not matter. Believing what the Clerk of Court had said and in good faith, Plaintiff returned promptly

the next day, December 28th, 2005, after reviewing the form and her income records and did file her claim with the Clerk of Court. The Plaintiff regrets and apologizes to the Court and the Defendant for any inconvenience this may have caused anyone. The Plaintiff had no way of knowing at the time that the procedural information given by the Clerk of Courts about filing was not true. The Plaintiff respectfully submits this explanation to the Court in an effort to correct a defect in this complaint.

RESPECTFULLY SUBMITTED this 19th day of July, 2006.

JENNIFER A. MASON

Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2006,
A copy of the foregoing Plaintiff's Explanation
For Untimely Filing was served by U.S. Mail on:

Deborah M. Smith
Acting U.S. Attorney
Susan J. Lindquist
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567

Mason v. Potter                     2
Case No. 1:05-cv-19-RRB