IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,<br><br>　　　　Defendant. | Case No. 1:05-cv-0019-RRB<br><br>**ORDER DENYING MOTION<br>TO DISMISS** |

　　　　Before the Court is Defendant John E. Potter, Postmaster General for the Untied States Postal Service, with a Motion to Dismiss (Docket No. 4). Defendant argues the Complaint (Docket No. 1) should be dismissed because it was filed one day late.[1] Although Plaintiff Jennifer A. Mason concedes her Complaint was untimely filed,[2] she opposes at Docket Nos. 8 & 11 and alleges an

---

　　[1]　Clerk's Docket No. 4 at 5.

　　[2]　Clerk's Docket No. 8 at 1 & 3.

ORDER DENYING MOTION TO DISMISS - 1
1:05-CV-0019-RRB

employee of the Court informed her that, "one day would not matter."[3]

Because the Court concludes Plaintiff should not be penalized for any misinformation that she may have received from one of its employees, Defendant's Motion to Dismiss is hereby **DENIED**. As a result, the matter will proceed forward in due course.

ENTERED this 27th day of July, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[3] Clerk's Docket No. 11 at 1.