JENNIFER A. MASON
P.O. Box 33826
Juneau, Alaska 99803
Phone: (907) 957-1304

Plaintiff

RECEIVED

JUL 3 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S SECOND** |
| vs. | ) **OPPOSITION** |
| | ) **TO DEFENDANT'S** |
| | ) **MOTION TO DISMISS** |
| | ) |
| JOHN E. POTTER, POSTMASTER | ) |
| GENERAL FOR THE UNITED | ) |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

The attorneys for the Defendant argue that this gender discrimination complaint be

dismissed due to lack of jurisdiction for untimely filing by asserting that the Postal

Service was "showing the way" to the Defendant and that the government cannot waive

or ignore jurisdiction. If indeed the Postal Service and its representatives are attempting

to help the Defendant, one would expect them to show some lenience toward the Plaintiff

in the matter of timely filing when the time difference is a mere one day. The Plaintiff

apologizes to the Defendant for any inconvenience that this miscount by one day may

have caused.

The Plaintiff asks that this gender discrimination complaint be heard by the court by

reason of the merits of the case itself and in order to prevent further discrimination of a

Mason v. Potter
Case No. 1:05-cv-19-RRB

similar nature to that which the Plaintiff experienced from occurring in the United States

Postal Service in the future.

RESPECTFULLY SUBMITTED this 6th day of July 2006, in Juneau, Alaska.

JENNIFER A. MASON,
Plaintiff
P.O. Box 33826
Juneau, Alaska 99803
Phone: (907) 957-1304

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **Plaintiff's Second Opposition to Defendant's Motion to Dismiss** was served by U.S. Mail on July 6, 2006 on:

Deborah M. Smith
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm.253
Anchorage, Alaska 99513-7567

Jennifer A. Mason

Mason v. Potter
Case No. 1:05-cv-19-RRB