Jennifer A. Mason
P.O. Box 33626
Juneau, AK 99803

Ref

CERTIFIED MAIL

7004 0550 0003 2340 9686

UNITED STATES POSTAL SERVICE

0000

99701

U.S. POSTAGE
PAID
JUNEAU, AK
99803
JUL 06, '06
AMOUNT

$4.64
00079115-13

The Honorable Ralph R. Beistline
U.S. District Court
District of Alaska
Clerk of court
Federal Building.
101 12th Avenue
Fairbanks, Alask

courthouse

NL 7/17

9970147211-01 CO2

9E82320035

NIXIE        995        1        01 07/13/06

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 99803382528        *0172-00112-07-36

RECEIVED

JUL 3 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Ralph R. Beistline
U.S. District Court
District of Alaska
Clerk of Court
Federal Building, U.S. Courthouse
101 12th Avenue, Box 1
Fairbanks, Alaska 99701-6283

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 0550 0001 2340 9686

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540