DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>            Plaintiff,<br><br>   vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,<br><br>            Defendant. | Case No. 1:05-cv-19-RRB<br><br>**ANSWER** |

The Defendant, John E. Potter, Postmaster General for the United States Postal Service, though counsel, and using the same numbering of paragraphs and sentences in Plaintiff's Complaint, admits, denies and alleges as follows:

1.     This is a legal statement of jurisdiction to which no answer is required.

2.  Admit that Ms. Mason and John Potter are the parties. Deny that the contact information given for Mr. Potter is correct.

3.  A.  Admit.

    B.  Deny.

    C.  Admit.

    D.  Deny.

    E.  No statement is alleged and, therefore, no answer is required.

    F.  Admit that the Plaintiff filed charges with the EEOC on or about September 19, 2003.

    G.  Admit that the EEO office of the United States Postal Service sent the Plaintiff a right to sue letter. Deny that the Plaintiff received the letter on September 28, 2005. Answering further, Defendant avers that the letter was delivered to Plaintiff's residence on September 27, 2005.

    H.  No statement is alleged, and therefore no answer is required.

4.  Admit that the Plaintiff's employment was terminated. Deny that the termination was based on gender discrimination. Plaintiff has also attached a lengthy "EEO Statement of Discrimination," which does not include individualized allegations. The Defendant is treating the statement as an

exhibit to the Complaint and is not answering it. If an answer is required, Defendant denies all factual allegations and all conclusions that any act by any federal employee constituted gender discrimination.

5. No statement is alleged and, therefore, no answer is required.

6. This is a prayer for relief, to which no answer is required.

Any allegations which are not specifically responded to above are denied.

**WHEREFORE**, Defendant John E. Potter prays that the Court dismiss Plaintiff's Complaint with prejudice, and enter judgment in its favor together with the costs of this action.

## AFFIRMATIVE DEFENSES

1. Ms. Mason's complaint was untimely filed and her excuse is not sufficient to toll the statute of limitations.

2. No federal employee discriminated against Ms. Mason on the basis of her gender. Instead, the Plaintiff was terminated from employment for legitimate, non-discriminatory reasons.

3. Ms. Mason fails to state a claim for which relief may be granted. Fed. R. Civ. P. 12(b)6.

4. The Defendant would have taken the same action in the absence of any discrimination.

**5.** Plaintiff's claims for damages are barred in whole, or in part, because she failed to mitigate her damages.

RESPECTFULLY SUBMITTED this 3rd day of August, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2006,
a copy of the foregoing Answer to Complaint
was served by U. S. Mail on:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

-4-

Mason v. Potter
1:05-cv-19-RRB