NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,<br><br>        Defendant. | ) Case No. 1:05-cv-00019-RRB<br>)<br>)<br>)<br>) **NON-OPPOSED MOTION FOR**<br>) **EXTENSION OF TIME TO FILE**<br>) **SCHEDULING AND PLANNING**<br>) **CONFERENCE REPORT**<br>)<br>) *(Filed on shortened time)*<br>) |

The Defendant, through counsel, moves for an extension of time until October 11, 2006, to file the Scheduling and Planning Conference Report as ordered by the court to be filed by September 8, 2006.  Plaintiff requested that the government file the motion because she did not receive the Court Order until the

government emailed it to her.  The parties have met and conferred, but Ms. Mason would like more time to review the proposed order and the rules cited in the order.

    RESPECTFULLY SUBMITTED on September 7, 2006, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/ Susan J. Lindquist
    Assistant U. S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3378
    Fax: (907) 271-2344
    E-mail: susan.lindquist@usdoj.gov
    AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2006,
a copy of the foregoing Motion for Extension
of Time to file Scheduling and Planning Report
was served by U S Mail on:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

Mason v. Potter
Case No. 1:05-cv-00019-RRB    -2-