IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] **ORDER** |
| vs. | ) **GRANTING AN EXTENSION OF** |
| | ) **TIME TO FILE THE** |
| JOHN E. POTTER, POSTMASTER | ) **SCHEDULING AND PLANNING** |
| GENERAL FOR THE UNITED | ) **REPORT** |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

Based upon the Non-Opposition to Motion for Extension of Time to file the Scheduling and Planning Conference Report in this matter, and sufficient reason being shown, it is ordered that the parties are to file the Report on or before October 11, 2006.

9/8/06
(DATE)

s/
RALPH R. BEISTLINE
United States District Court Judge