NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **SECOND NON-OPPOSED** |
| | ) **MOTION FOR EXTENSION OF** |
| JOHN E. POTTER, POSTMASTER | ) **TIME TO FILE SCHEDULING** |
| GENERAL FOR THE UNITED | ) **AND PLANNING CONFERENCE** |
| STATES POSTAL SERVICE, | ) **REPORT** |
| | ) |
| Defendant. | ) *(Filed on shortened time)* |

    The Defendant, through counsel, moves for a non-opposed extension of

time until November 1, 2006, to file the Scheduling and Planning Conference

Report as ordered by the court to be filed by October 11, 2006.  The parties

request additional time in order to continue their settlement discussions.  In addition, the Plaintiff needs time to consider whether she wishes to hire an attorney.

    RESPECTFULLY SUBMITTED on October 11, 2006, in Anchorage, Alaska.

    NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2006, a copy of the foregoing SECOND NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING AND PLANNING CONFERENCE REPORT was served by U S Mail on:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

Mason v. Potter
Case No. 1:05-cv-00019-RRB    -2-