IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,<br><br>      Defendant. | ) Case No. 1:05-cv-00019-RRB<br>)<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING AN EXTENSION OF**<br>) **TIME TO FILE THE**<br>) **SCHEDULING AND PLANNING**<br>) **REPORT**<br>)<br>)<br>) |

    Based upon the Non-Opposition to Motion for Extension of Time to file the Scheduling and Planning Conference Report in this matter, and sufficient reason being shown, it is ordered that the parties are to file the Report on or before November 1, 2006.

_____                      _____
    (DATE)                                     RALPH R. BEISTLINE
                                                    United States District Court Judge