NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendant. | ) Case No. 1:05-cv-00019-RRB<br>)<br>)<br>)<br>)<br>) **THIRD NON-OPPOSED**<br>) **MOTION FOR EXTENSION OF**<br>) **TIME TO FILE SCHEDULING**<br>) **AND PLANNING CONFERENCE**<br>) **REPORT**<br>)<br>) *(Filed on shortened time)* |

　　　The Defendant, through counsel, moves for a non-opposed extension of time until December 3, 2006, to file the Scheduling and Planning Conference Report as ordered by the court to be filed by November 1, 2006.  The parties

request additional time in order to continue their settlement discussions. The USPS needs time to acquire Ms. Masons archived official personnel file. The parties are optomistic that they can negotiate their differences during this extra time.

RESPECTFULLY SUBMITTED on November 1, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006,
a copy of the foregoing THIRD
NON-OPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
SCHEDULING AND PLANNING
CONFERENCE REPORT
was served by email and on November 2, 2006
 it was served by U S Mail:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

Mason v. Potter
Case No. 1:05-cv-00019-RRB            -2-

Mason v. Potter
Case No. 1:05-cv-00019-RRB            -3-