NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,  <br><br>　　　　Plaintiff,  <br><br>　vs.  <br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,  <br><br>　　　　Defendant. | ) Case No. 1:05-cv-00019-RRB  <br>)  <br>) **NOTICE OF SETTLEMENT**  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) |

　　　John Potter, through counsel, notifies the Court that this case has settled.

The government will file closing papers in thirty (30) days.

RESPECTFULLY SUBMITTED on January 3, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2007,
a copy of the foregoing Notice of Settlement
was served by U S Mail on:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

Mason v. Potter
Case No. 1:05-cv-00019-RRB        -2-