IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL FOR THE UNITED STATES POSTAL SERVICE,<br><br>        Defendant. | ) Case No. 1:05-cv-00019-RRB<br>)<br>)<br>)<br>) **[PROPOSED] ORDER MAKING**<br>) **THE SETTLEMENT**<br>) **AGREEMENT PART OF THE**<br>) **RECORD**<br>)<br>)<br>)<br>) |

Based upon the government's non-opposed motion to have the Settlement Agreement, filed as Exhibit A on January 29, 2007, as part of the record, it is ordered that the Agreement is officially part of the record.

_____          _____
      (DATE)                                      RALPH R. BEISTLINE
                                                        United States District Court Judge