NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) *UNOPPOSED* |
| vs. | ) **MOTION TO MAKE THE** |
| | ) **SETTLEMENT AGREEMENT** |
| JOHN E. POTTER, POSTMASTER | ) **PART OF THE RECORD** |
| GENERAL FOR THE UNITED | ) |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

John Potter, through counsel, moves *unopposed* to make the settlement

agreement part of the record.  It is attached to this motion as Exhibit A.


RESPECTFULLY SUBMITTED on January 29, 2007, in Anchorage,
Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist _____
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007,
a copy of the foregoing *NON-OPPOSED*
**MOTION TO MAKE THE SETTLEMENT**
**AGREEMENT PART OF THE RECORD**
was served by U S Mail on:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

And Attorney Patty Rose via email

s/ Susan J. Lindquist _____

Mason v. Potter
Case No. 1:05-cv-00019-RRB          -2-