NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

Attorneys for Defendant


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **DEFENDANT'S UNOPPOSED** |
| | ) **MOTION TO DISMISS CASE** |
| JOHN E. POTTER, POSTMASTER | ) **WITH PREJUDICE** |
| GENERAL FOR THE UNITED | ) |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |


The Defendant, through counsel, moves unopposed to dismiss this case with

prejudice.  The parties are to bear their own costs and fees.

RESPECTFULLY SUBMITTED on January 29, 2007, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2007,
a copy of the foregoing **DEFENDANT'S
UNOPPOSED MOTION TO DISMISS
CASE WITH PREJUDICE**
was served by email and by U S Mail:

Jennifer A. Mason
P O Box 33826
Juneau, AK 99803

s/ Susan J. Lindquist

Mason v. Potter
Case No. 1:05-cv-00019-RRB          -2-