IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED]** |
| vs. | ) **ORDER TO DISMISS WITH** |
| | ) **PREJUDICE** |
| JOHN E. POTTER, POSTMASTER | ) |
| GENERAL FOR THE UNITED | ) |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

Based upon the government's unopposed motion to dismiss the case with

prejudice, it is so ordered.  The case is DISMISSED WITH PREJUDICE with

each party to bear its own costs, expenses and fees.


_____              _____

      (DATE)                              RALPH R. BEISTLINE
                                        United States District Court Judge