IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER MAKING |
| vs. | ) THE SETTLEMENT |
| | ) AGREEMENT PART OF THE |
| JOHN E. POTTER, POSTMASTER | ) RECORD |
| GENERAL FOR THE UNITED | ) |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

Based upon the government's non-opposed motion to have the Settlement Agreement, filed as Exhibit A on January 29, 2007, as part of the record, it is ordered that the Agreement is officially part of the record.

2/1/07
(DATE)

RALPH R. BEISTLINE
United States District Court Judge