IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER A. MASON, | ) Case No. 1:05-cv-00019-RRB |
| | ) |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] |
| vs. | ) **ORDER TO DISMISS WITH** |
| | ) **PREJUDICE** |
| JOHN E. POTTER, POSTMASTER | ) |
| GENERAL FOR THE UNITED | ) |
| STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

Based upon the government's unopposed motion to dismiss the case with prejudice, it is so ordered. The case is DISMISSED WITH PREJUDICE with each party to bear its own costs, expenses and fees.

2/1/07
(DATE)

RALPH R. BEISTLINE
United States District Court Judge